B17-03512

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | CASE NO. 17-41891 |
| William J Tidswell, Jr.<br>aka William Tidswell, Jr.<br>aka William J. Tidswell<br>aka William Tidswell<br>Donna S Tidswell<br>aka Donna Tidswell | CHAPTER 13<br><br>JUDGE KAY WOODS<br><br>**(5057 Tam O Shanter Drive, Youngstown, OH 44514)** |
| Debtors | |

**NOTICE OF WITHDRAWAL OF AMENDED PROOF OF CLAIM**

Please take notice that U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust, its successors and assigns, by and through its servicer, Select Portfolio Servicing, Inc, hereby withdraws its *amended* proof of claim filed on March 8, 2018, claim no. 21-2. The loan modification is being reversed. The original proof of claim filed February 13, 2018 still stands.

Respectfully submitted,

Clunk, Hoose Co. LPA

**/s/ LeAnn E. Covey**
LeAnn E. Covey (#0083289) ext. 2263
4500 Courthouse Blvd., Ste 400
Stow, OH  44224
(330) 436-0300 / Fax (330) 436-0301
bknotice@clunkhoose.com

## CERTIFICATE OF SERVICE

I certify that on April 23, 2018, a true and correct copy of the Notice of Withdrawal was served:

Via the court's electronic case filing system on these entities and individuals who are listed on the court's electronic mail notice list:

Bruce R. Epstein, on behalf of William J Tidswell, Jr. Aka William Tidswell, Jr. Aka William J. Tidswell Aka William Tidswell, at epsteinlaw@sbcglobal.net

Bruce R. Epstein, on behalf of Donna S Tidswell Aka Donna Tidswell, at epsteinlaw@sbcglobal.net

Michael A. Gallo, Chapter 13 Trustee, at mgallo@gallotrustee.com

And by regular U.S. mail, postage prepaid, on:

William J Tidswell, Jr., at 5057 Tam O Shanter Drive, Youngstown, OH 44514

Donna S Tidswell, at 5057 Tam O Shanter Drive, Youngstown, OH 44514

Clunk, Paisley, Hoose Co., LPA

/S/ LeAnn E. Covey
LeAnn E. Covey (#0083289) - Ext. 2263
4500 Courthouse Blvd.
Suite 400
Stow, OH  44224
(330) 436-0300 - telephone
(330) 436-0301 - facsimile
bknotice@cphlpa.com