The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



**Dated: 02:49 PM February 1, 2019**

Russ Kendig
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## YOUNGSTOWN DIVISION

IN RE:  CASE NO. 17-41891-rk

WILLIAM J. TIDSWELL, JR.  CHAPTER 13
   aka William Tidswell, Jr.
   aka William J. Tidswell  JUDGE RUSS KENDIG
   aka William Tidswell
DONNA S. TIDSWELL
   aka Donna Tidswell

     Debtors

**ORDER GRANTING MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2017-19TT TO APPROVE LOAN MODIFICATION (DOC. 27 )**

**5057 Tam O Shanter Dr
Poland, Ohio 44514**

This matter came before the Court on the Motion to Approve Loan Modification (the 'Motion') filed by WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS

INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2017-19TT CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED NOTES, SERIES 2004-SD4 ('Movant') at Docket No. __27__. Movant has alleged that good cause for granting the Motion exists, and that the Debtors, counsel for the Debtors, the Chapter 13 Trustee and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE ORDERED that the Motion for Loan Modification is GRANTED.

###

SUBMITTED BY:

/s/ Jon J. Lieberman
Jon Lieberman (0058394)
Sottile and Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: (513) 444-4100
bankruptcy@sottileandbarile.com
Attorney for Movant

COPIES TO:

Bruce R. Epstein, Attorney for Debtors
epsteinlaw@sbcglobal.net

Michael A. Gallo, Chapter 13 Trustee
mgallo@gallotrustee.com

United States Trustee
(registeredaddress)@usdoj.gov

Jon J. Lieberman, Attorney for Movant
bankruptcy@sottileandbarile.com

And by regular US Mail, postage pre-paid on:

William J. Tidswell, Jr.
5057 Tam O Shanter Drive
Youngstown, OH 44514-1252

Donna S. Tidswell
5057 Tam O Shanter Drive
Youngstown, OH 44514-1252